AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 03, 2023**

SEAN F. McAVOY, CLERK

REBECCA ANN W., )
*Plaintiff* )
v. ) Civil Action No. 4:22-cv-05060-RMP
)
KILOLO KIJAKAZI, )
ACTING COMMISSIONER OF SOCIAL SECURITY, )
*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion for Summary Judgment, ECF No. 10, is GRANTED IN PART and DENIED IN PART. Defendant's Motion for Summary Judgment, ECF No. 11, is DENIED. The Commissioner's final decision is REVERSED, and matter is REMANDED to the Commissioner for additional proceedings consistent with Order filed at ECF No. 13. Judgment is entered in favor of Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge ROSANNA MALOUF PETERSON on cross-motions for summary judgment.

Date: 03/03/2023

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lilly Savchuk
*(By) Deputy Clerk*

Lilly Savchuk